UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP CLIVE SEAL,

                Petitioner,

  v.

ERIC H. HOLDER, JR.,

                Respondent.

Case No. C12-181-TSZ

**ORDER OF DISMISSAL**

    The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 13, to which no objections were timely filed, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation;

    2.    Petitioner's petition for writ of habeas corpus (Dkt. No. 4) is **DENIED;**

    3.    Respondent's motion to dismiss (Dkt. No. 10) is **GRANTED**, and this action is **DISMISSED** with prejudice; and

    4.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of July, 2012.

                                          THOMAS S. ZILLY
                                          United States District Judge